BADIAK & WILL, LLP
Attorneys for Defendants
106 Third Street
Mineola, New York 11501
(516) 877-2225

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

FEDERAL INSURANCE COMPANY,

                                Plaintiff,                  **Rule 7.1 Statement**

    -against-

EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC.; EXPEDITORS INTERNATIONAL OCEAN;
EXPEDITORS INTERNATIONAL FRANCE SAS;

                                Defendants.

------------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR PLAINTIFF, DELTA AIR LINES, INC., A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

NONE

DATE: May 14, 2007

                                                  SIGNATURE OF ATTORNEY
                                                  ROMAN BADIAK (1130)

FORM SDNY-9