# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-4404

ROMAN BADIAK
ALFRED J. WILL
JAMES P. KRAUZLIS
LISA ANN SCOGNAMILLO

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

JOHN D. KALLEN

**MEMO ENDORSED**

July 17, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

RECEIVED
JUL 18 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Honorable P. Kevin Castel
United States Courthouse, Suite 2260
500 Pearl Street
New York, New York 10007

RE:   Federal Insurance Company v. Expeditors, et al.
      07 CV 3166 (PKC)
      Our Ref.: 07-T-002-RB

Honorable Sir:

We represent defendant Expeditors International et al on the above captioned matter. This is a subrogation action filed by Federal Insurance Company regarding numerous, unrelated shipments by vessel, air and railroad. We filed an answer to the complaint on May 14, 2007. On June 12, 2007, eight (8) days beyond the 20 days allowed for filing of a third-party complaint, we filed third-party complaints against vessel owners, the railroad and air carriers on these various shipments. Since we were eight (8) days late, due to the lateness in obtaining documents showing who all of the third-parties are, we filed this matter with the Clerk of the Court which was then delivered to Your Honor for permission to file. Unfortunately, Your Honor did not grant leave to file the third-party complaints.

We herewith attach the third-party complaints originally filed on May 14, 2007 with our request for your kind patience and cooperation and granting leave to file and serve the complaints.

Due to the small amounts involved in this litigation, once the third-party defendants are in this action, it will probably settle very quickly with contributions from all parties.

We thank Your Honor for your kind patience and cooperation.

Respectfully submitted,

BADIAK & WILL, LLP

ROMAN BADIAK

RB/lmw
Enc.
cc:   Law Offices of
      David L. Mazaroli, Esq.
      11 Park Place, Suite 1214
      New York, New York 10007
      (w/o enc.)

*[Handwritten endorsement:]* Leave to serve and file third party summons and complaint granted. Conference adjourned from July 20 to September 7, 2007 at 12:45 pm.

SO ORDERED.
USDJ
7-19-07