Capital Investigative Services, Inc.
3701 S/W 29th Street Ste 132  Topeka, Kansas 66614

========================================================
A F F I D A V I T   O F   S E R V I C E
--------------------------------------------------------

EXPEDITORS INT. OF WASHINGTON, INC.
EXPEITORS INT. OCEAN; EXPEDITORS INT. (Plaintiff)
FRANCE SAS;

EXPEDITORS INT. OF WASHINGTON, INC;
EXPEDITORS INT. OCEAN; EXPEDITORS            CASE # 07 Civ. 3166(PKC)
INT. FRANCE SAS;  ( Defendants )

HYUNDAI MERCHANT MARINE, LTD., BURLINGTON
NORTHERN SANTA FE RAILROAD, AIR FRANCE
and FEDES, ET.AL ( third-party plaintiffs )

========================================================

STATE OF KANSAS }

SHAWNEE COUNTY }

   I, GREG C. HALFORD, of Capital Investigative Services, Inc., being of lawful age and not a party to the actions herein, and duly sworn upon oath, state;

   I hereby certify that I recieved the original SUMMONS and COMPLAINT and delivered it to Cindy Stansell, registered agent, for Burlington Northern Santa Fe RR. at 515 S. Kansas Ave. Topeka, Kansas 66603 on August 1, 2007 at 3:45 P/M.


FURTHER AFFIANT SAYETH NAUGHT,

_____
PROCESS SERVER SIGNATURE

Subscribed and sworn before me

this __2__ day of __August__ 2007.    _____
                                       NOTARY PUBLIC
                                       State of Kansas

Kennell D. McLeod
Notary Public
State of Kansas
My Appt. Expires 3/22/09