```
            BADIAK & WILL, LLP
            ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
-----------------------------------------------------
                                                        Index No. 07CIV3166PKC
FEDERAL INSURANCE COMPANY              plaintiff
                                                        Date Filed ............
                - against -
                                                        Office No. 07-T-002-RB
EXPEDITORS INTERNATIONAL OF            defendant
WASHINGTON, INC., ETAL                                  Court Date:    /  /
-----------------------------------------------------
EXPEDITORS INTERNATIONAL OF            third party plaintiff
WASHINGTON, INC. ETAL
                - against -
HYUNDAI MERCHANT MARINE, LTD., ETAL    third party defendant

-----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
```

**HOWARD HERTZFELD**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **8th** day of **August, 2007** at **09:20 AM.,**      at
   **1 CROSS ISLAND PLAZA, STE 308**
   **ROSEDALE, NY 11422**

I served a true copy of the
   **3RD PARTY SUMMONS & COMPLAINT**

upon **FEDEX TRADE NETWORKS TRANSPORT & BROKER INC.**
**a domestic corporation, the   3RD PARTY DEFENDANT** therein named by delivering to, and leaving personally with
       **KERI SHAW---MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
       SEX: **FEMALE**        COLOR: **WHITE**        HAIR: **BROWN**
       APP. AGE: **33**       APP. HT: **5:3**        APP. WT: **140**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
13th  day of  August,         2007i
SAMSON NEWMAN
Notary Public, State of New York
   No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

......................
HOWARD HERTZFELD  778037
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM54549