# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3166 (PKC)

Date Filed: 7/20/2007

Plaintiff:
**FERERAL INSURANCE COMPANY**

vs.

Defendant:
**EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; EXPEDITORS INTERNATIONAL OCEAN; EXPEDITORS INTERNATIONAL FRANCE SAS**

For:
Roman Badik
BADIK & WILL, LLP
106 Third Street
Mineola, NY  11501-4404

Received by SBI PROCESS SERVICE to be served on **HYUNDAI MERCHANT MARINE, LTD., 300 SYLVAN AVENUE, 2ND FLOOR, ENGLEWOOD CLIFFS, NJ 07632**.

I, Charles M Tedesco Jr., being duly sworn, depose and say that on the **14th day of August, 2007** at **11:00 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CHERLY MOLENARI** as **SHIPPING CLERK**, who stated they are authorized to accept service for: **HYUNDAI MERCHANT MARINE, LTD.** at the address of: **65 CHALLANGER ROAD, RIDGEFIELD PARK, NJ**, and informed said person of the contents therein, in compliance with state statutes.

Subscribed and Sworn to before me on the 15th day of August, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC
LISA O'CALLAGHAN

Charles M Tedesco Jr.
Process Server

SBI PROCESS SERVICE
61 Mt. Kemble Ave.
Suite 503
Morristown, NJ  07960-5176
(973) 267-1513
Our Job Serial Number: 2007000543
Ref: 07-t-002-rb

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2a