**BADIAK & WILL, LLP**
**ATTN:**

U.S.SOUTHERN DIST. COURT        NEW YORK   COUNTY
-------------------------------------------------

FEDERAL INSURANCE COMPANY                    plaintiff

- against -

EXPEDITORS INTERNATIONAL OF          .    defendant
WASHINGTON,INC., ETAL
-------------------------------------------------
EXPEDITORS INTERNATIONAL OF              third party plaintiff
WASHINGTON, INC.ETAL
- against -
HYUNDAI MERCHANT MARINE, LTD., ETAL     third party defendant

-------------------------------------------------

| | |
|---|---|
| Index No. | **07CIV3166PKC** |
| Date Filed | ............ |
| Office No. | **07-T-002-RB** |
| Court Date: | **/ /** |

STATE OF NEW YORK, COUNTY OF NEW YORK            :SS:

**RUDOLPH WRIGHT**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
    That on the  **7th** **day of August, 2007**       at  **02:25 PM.,**                at
    **125 W.55TH ST 2FL**
    **NEW YORK, NY**
I served a true copy of the
    **3RD PARTY SUMMONS & COMPLAINT**

upon **AIR FRANCE**
**the 3RD PARTY DEFENDANT** therein named,
by delivering to, and leaving personally with
    **GREGORY J. KOZLOWSKI---COUNSEL AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
        SEX: **MALE**          COLOR: **WHITE**          HAIR: **BLACK**
        APP. AGE: **52**        APP. HT: **6:0**          APP. WT: **200**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
9th  day of  August, 2007i

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM54548