Ilene J. Feldman, Esq. (IF1045)
COLLINS & FELDMAN
Attorneys for Third-Party Defendant BNSF Railway Company
20 Vesey Street, Suite 503
New York, New York 10007
(866) 434-4440
   and
325 Reef Road, Suite 105
Fairfield, CT 06824
(203) 254-2277

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,        :
                                :   ECF CASE
                Plaintiff,       :
                                :   07 Civ. 3166
   v.                                  :
                                :   Judge Castel
EXPEDITORS INTERNATIONAL OF     :
WASHINGTON, INC., EXPEDITORS      :
INTERNATIONAL OCEAN; EXPEDITORS :
INTERNATIONAL FRANCE SAS,         :
                                  :
                Defendants.     :
---------------------------------------------------------------X
EXPEDITORS INTERNATIONAL OF     :
WASHINGTON, INC., EXPEDITORS      :
INTERNATIONAL OCEAN; EXPEDITORS :
INTERNATIONAL FRANCE SAS,         :
                                  :
              Third-Party Plaintiffs,  :
   v.                                  :
                                  :
EXPEDITIORS INTERNATIONAL OF    :
WASHINGTON, INC., EXPEDITORS      :
INTERNATIONAL OCEAN; EXPEDITORS :
INTERNATIONAL FRANCE SAS,         :
                                  :
              Third-Party Defendants. :
---------------------------------------------------------------X

## DEFENDANT BNSF RAILWAY COMPANY'S
## RULE 7.1 STATEMENT

Pursuant to Rule 7.1, Third-Party Defendant BNSF Railway Company ("BNSF") by its attorneys, Collins & Feldman, states that its parent, affiliate and subsidiary companies are listed on Exhibit A annexed hereto.

Dated: September 4, 2007

                By_____/s/ Ilene J. Feldman_____
                      Ilene J. Feldman, Esq. (IF1045)
                      COLLINS & FELDMAN
                      Attorneys for Third-Party Defendant
                      BNSF Railway Company
                      20 Vesey Street, Suite 503
                      New York, New York 10007
                      (866) 434-4440
                      and
                      325 Reef Road, Suite 105
                      Fairfield, CT 06824
                      (203) 254-2277

To:    David L. Mazaroli, Esq. (DM-2929)
        11 Park Place, Suite 1214
        New York, New York 10007-2801

        Attorneys for Plaintiff

        Jim Krauzlis, Esq.
        Badiak & Will, LLP
        106 Third Street
        Mineola, New York 11501-4404

        Attorneys for Defendants and Third Party Plaintiffs

# EXHIBIT A

Burlington Northern Santa Fe Corporation
BNSF Acquisition, Inc.
Burlington Northern Santa Fe Insurance Company, Ltd,
Iron Horse Power, LLC
BNSF Railway Company
FreightWise, Inc.
North American Railways, Inc.
BNSF logistics, LLC
FreightWise Commercial Services, LLC
Western Merger Sub, Inc.
Alameda Belt Line
Bayport Systems, Inc.
BayRail, LLC
The Belt Railway Company of Chicago
BN Leasing Corporation
BNSF Equipment Acquisition Company, LLC
The Burlington Northern and Santa Fe Railway Company de Mexico S.A. de C.V.
Burlington Northern Dock Corporation
BNSF Railway International Services Inc.
Burlington Northern (Manitoba) Limited
Burlington Northern Railroad Holdings, Inc.
Burlington Northern Santa Fe British Colombia, Ltd.
Burlington Northern Santa Fe Manitoba, Inc.
Burlington Northern Santa Fe Properties, LLC
Central California Traction Company
The Dodge City and Cimarron Valley Railway Company
Electro Northern, Inc.
Houston Belt & Terminal Railway Company
INB Corp.
Iowa Transfer Railway Company
Kansas City Terminal Railway Company
Longview Switching Company
Los Angeles Junction Railway Company
Midwest/Northwest Properties, Inc.
M-R Holdings Acquisition Company
MT Properties, Inc.
Northern Radio Limited
The Oakland Terminal Railway
Oklahoma City Junction Railway Company
Paducah & Illinois Railroad Company
Pathnet Telecommunications, Inc.
Pine Canyon Land Company
Portland Terminal Railroad Company
Rio Grande, El Paso and Santa Fe Railroad Company

Santa Fe Pacific Insurance Company
Santa Fe Pacific Railroad Company
Santa Fe Receivables Corporation
Santa Fe Terminal Services, Inc.
SFP Pipelines Holdings, Inc.
Santa Fe Pacific Pipelines, Inc.
Star Lake Railroad Company
St. Joseph Terminal Railroad Company
Sunset Communications Company
Sunset Railroad Company
Terminal Railroad Association of St. Louis
Texas City Terminal Railway Company
Transportation Group Management Inc.
Wyoming Transportation Group, L.L.C.
TTX Company
Western Fruit Express Company
The Wichita Union Terminal Railway Company
Winona Bridge Railway Company
The Zia Company