9010/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

Attorneys for Third-Party Defendant Hyundai Merchant Marine Co. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>                          Plaintiff,<br><br>- against -<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; EXPEDITORS INTERNATIONAL OCEAN; EXPEDITORS INTERNATIONAL FRANCE SAS;<br><br>                    Defendant.<br><br>------------------------------------------------------------<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; EXPEDITORS INTERNATIONAL OCEAN; EXPEDITORS INTERNATIONAL FRANCE SAS;<br><br>               Third-Party Plaintiffs,<br><br>-against-<br><br>HYUNDAI MERCHANT MARINE, LTD., BURLINGTON NORTHERN SANTA FE RAILROAD, AIR FRANCE AND FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE, INC.,<br><br>              Third-Party Defendant. | 07 Civ. 3166 (PKC)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, attorneys for third-party defendant Hyundai Merchant Marine Co. Ltd. (sued incorrectly as "Hyundai Merchant Marine Ltd.") certify upon information and belief that Hyundai Merchant Marine Co. Ltd is a foreign corporation that has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
        September 5, 2007

                        Respectfully submitted,

                        CICHANOWICZ, CALLAN, KEANE,
                        VENGROW & TEXTOR, LLP
                        Attorneys for Third-Party Defendant
                        Hyundai Merchant Marine Co. Ltd.

                        By: s/ Randolph H. Donatelli
                                Randolph H. Donatelli (RHD-5359)
                        61 Broadway, Suite 3000
                        New York, New York 10006-2802
                        (212) 344-7042