UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FEDERAL INSURANCE COMPANY,

                    Plaintiff,

    -against-

EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.; EXPEDITORS
INTERNATIONAL OCEAN; EXPEDITORS
INTERNATIONAL FRANCE SAS;

                    Defendants.

-----------------------------------------------------------------X

**ECF CASE**

**RULE 7.1 STATEMENT**

07 CIV. 3166 (PKC)

Pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for SOCIETE AIR FRANCE T/A AIR FRANCE, certifies that the following are corporate parents, subsidiaries or affiliates of that party:

SOCIETE AIR FRANCE (t/a AIR FRANCE) is a corporation organized and existing under the laws of the Republic of France.

    Its affiliated companies are as follows:

        Air Charter

        Groupe Jet Tours

        Go Voyages

        Groupe Servair

        Air Inter

        EuroBerlin

        Ecole de Pilotage Amaury de la Grange

REVIMA

CRMA

Esterel

Sodetair

Societe Immobiliere Aeroportuaire

GIE Amadeus France

SODEXI

Groupe Air France Finance

FINACTA

Dated: New York, New York
September 12, 2007

                        McDERMOTT & RADZIK, LLP
                        Attorneys for Third-Party Defendant
                        SOCIETE AIR FRANCE T/A AIR FRANCE

By: _____
           William R. Connor III (WC-4631)
           Wall Street Plaza
           88 Pine Street  21st Floor
           New York, New York  10005
           212-376-6400
           File No.:  51-07-118

TO: LAW OFFICES OF
      DAVID L. MAZAROLI, ESQ.
      Attorneys for Plaintiff
      11 Park Place  Suite 1214
      New York, New York  10007
      212-267-8480

CLYDE & CO US LLP
Attorneys for Defendant
FEDEX TRADE NETWORKS
TRANSPORT & BROKERAGE, INC.
405 Lexington Avenue
New York, New York 10174
212-710-3900


BADIAK & WILL, LLP
Attorneys for Defendants/
Third-Party Plaintiffs
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC., et al
106 Third Street
Mineola, New York 11501-4404
516-877-2225
Your Ref.: 07-T-002-RB


CHICANOWICZ, CALLAN, KEANE, VENGROW
 & TEXTOR, LLP
Attorneys for Third-Party Defendant
HYUNDAI MERCHANT MARINE CO., LTD.
61 Broadway  Suite 3000
New York, New York 10006
212-344-7042


COLLINS & FELDMAN
Attorneys for Third-Party Defendant
BURLINGTON NORTHERN SANTA FE RAILROAD
20 Vesey Street  Suite 503
New York, New York 10007
866-434-4440