# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

## APPEARANCE

Case Number:  07 Civ. 3166 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Expeditors International of Washington, Inc., Expeditors International Ocean and Expeditors International France SAS.  Mr. Roman Badiak, former lead counsel, has retired from the Firm of Badiak & Will, LLP, and the undersigned is now handling this matter for the firm.

I certify that I am admitted to practice in this court.

| 9/17/2007 | | |
|---|---|---|
| Date | Signature | |
| | James P. Krauzlis | JK4972 |
| | Print Name | Bar Number |
| | Badiak & Will, LLP, 106 3rd Street | |
| | Address | |
| Mineola | New York | 11501-4404 |
| City | State | Zip Code |
| (516) 877-2225 | (516) 877-2230 | |
| Phone Number | Fax Number | |