UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
FEDERAL INSURANCE COMPANY,                :
                                          :
              Plaintiff,        :   ECF CASE
                                          :
   - against -                           :   07 Civ 3166 (PKC)
                                          :
EXPEDITORS INTERNATIONAL OF               :   **RULE 7.1 STATEMENT OF**
WASHINGTON, INC., EXPEDITORS              :   **FEDEX TRADE**
INTERNATIONAL OCEAN, EXPEDITORS           :   **NETWORKS TRANSPORT**
INTERNATIONAL FRANCE SAS,                 :   **& BROKERAGE, INC.**
                                          :
              Defendants
---------------------------------X
EXPEDITORS INTERNATIONAL OF               :
WASHINGTON, INC.; EXPEDITORS              :
INTERNATIONAL OCEAN, EXPEDITORS           :
INTERNATIONAL FRANCE SAS,                 :
                                          :
            Third-Party Plaintiffs,   :
                                          :
   - against -                           :
                                          :
HYUNDAI MERCHANT MARINE, LTD,             :
BURLINGTON NORTHERN SANTA FE              :
RAILROAD, AIR FRANCE and FEDEX TRADE      :
NETWORKS TRANSPORT & BROKERAGE,           :
INC.,                                     :
                                          :
           Third-Party Defendants.   :
---------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE, INC. certifies that it is a wholly owned subsidiary of FedEx Corporation, a publicly traded company.

Dated: New York, New York
      September 12, 2007

                      Yours, etc.,

                      CLYDE & CO US LLP

                      By: *Nicholas Magali*
                           Christopher Carlsen (CC 9628)
                           Nicholas Magali (NM 5775)
                      Attorneys for Defendant
                      FEDEX TRADE NETWORKS TRANSPORT
                      & BROKERAGE, INC.
                      405 Lexington Avenue
                      New York, New York 10174
                      Tel: (212) 710-3900
                      Fax: (212) 710-3950