UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FEDERAL INSURANCE COMPANY,                :
                                          :
                    Plaintiff,            :   ECF CASE
                                          :
         - against -                      :   07 Civ 3166 (PKC)
                                          :
EXPEDITORS INTERNATIONAL OF               :   **ANSWER OF FEDEX**
WASHINGTON, INC., EXPEDITORS              :   **TRADE NETWORKS**
INTERNATIONAL OCEAN, EXPEDITORS           :   **TRANSPORT &**
INTERNATIONAL FRANCE SAS,                 :   **BROKERAGE, INC. TO**
                                          :   **THIRD-PARTY**
                    Defendants            :   **COMPLAINT**

------------------------------------X
EXPEDITORS INTERNATIONAL OF               :
WASHINGTON, INC.; EXPEDITORS              :
INTERNATIONAL OCEAN, EXPEDITORS           :
INTERNATIONAL FRANCE SAS,                 :
                                          :
                Third-Party Plaintiffs,   :
                                          :
         - against -                      :
                                          :
HYUNDAI MERCHANT MARINE, LTD,             :
BURLINGTON NORTHERN SANTA FE              :
RAILROAD, AIR FRANCE and FEDEX TRADE      :
NETWORKS TRANSPORT & BROKERAGE,           :
INC.,                                     :
                                          :
                Third-Party Defendants.   :
------------------------------------X

Third-party defendant FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE, INC. (hereinafter "FEDEX"), by and through its attorneys, Clyde & Co US LLP answers the Third-Party Complaint as follows:

1.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1, 3, 4 and 5 of the Third-Party Complaint, and leaves all questions of law for the Court.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Third-Party Complaint, except admits that FEDEX was and still is a corporation duly organized and existing under the laws of one of the United States of America with an office located at 1 Cross Island Plaza, Suite 308, Rosedale, NY 11422, and provides, among other services, customs brokerage and air cargo distribution services, and states that it leaves all questions of law for the Court.

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 7, 8, 9, 10 and 11 of the Third-Party Complaint.

4. Denies the allegations in paragraph 12 of the Third-Party Complaint.

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Third-Party Complaint.

6. Denies the allegations in paragraph 14 of the Third-Party Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

7. In the event that plaintiff has or had no title or interest in the goods and/or property that are the subject matter of the action, the plaintiff is not a real party in interest and neither plaintiff nor third-party plaintiff is entitled to maintain this suit.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

8. The damages allegedly sustained by plaintiff and/or third-party plaintiffs were caused or contributed to by the negligence or culpable conduct of plaintiff and/or third-party plaintiffs and, therefore, FEDEX is not liable for any damages allegedly sustained by plaintiff or third-party plaintiffs or, alternatively, its liability to plaintiff

and/or third-party plaintiffs is partial only and should be reduced in accordance with applicable law.

## AS AND FOR A THIRD
## AFFIRMATIVE DEFENSE

9. Plaintiff and/or third-party plaintiffs' alleged damages resulted from the acts or omissions of parties other than FEDEX and for whom FEDEX is not responsible and, therefore, FEDEX is not liable to plaintiff and/or third-party plaintiffs or, alternatively, the liability of FEDEX to plaintiff and/or third-party plaintiffs is partial only and should be reduced in accordance with applicable law.

## AS AND FOR A FOURTH
## AFFIRMATIVE DEFENSE

10. The damages allegedly sustained by plaintiff and/or third-party plaintiffs were not proximately caused by any negligence or culpable conduct on the part of FEDEX.

## AS AND FOR A FIFTH
## AFFIRMATIVE DEFENSE

11. The damages alleged in the Complaint and Third-Party Complaint were brought about by an intervening and superseding cause, and were not caused by FEDEX or by any third-party for whom FEDEX is responsible.

## AS AND FOR A SIXTH
## AFFIRMATIVE DEFENSE

12. Plaintiff failed to mitigate its damages, if any, and FEDEX, therefore, is not liable for any damages to plaintiff and/or third-party plaintiffs.

## AS AND FOR A SEVENTH
## AFFIRMATIVE DEFENSE

13. The liability of FEDEX, if any, is limited in accordance with the applicable contracts, bill of lading, tariffs and/or applicable regulations, statutes or treaties.

## AS AND FOR A EIGHTH
## AFFIRMATIVE DEFENSE

14. The applicable contracts, bill of lading, tariffs and/or applicable regulations, statutes and treaties do not contemplate responsibility for special or consequential damages. To the extent that plaintiff or third-party plaintiffs seek recovery for special or consequential damages, FEDEX is not responsible.

## AS AND FOR A NINTH
## AFFIRMATIVE DEFENSE

15. The alleged damage did not occur while the property or goods were in the custody or control of FEDEX.

## AS AND FOR A TENTH
## AFFIRMATIVE DEFENSE

16. The Complaint fails to state a cause of action upon which relief can be granted.

**WHEREFORE**, third-party defendant FEDEX demands judgment dismissing the Third-Party Complaint in its entirety or, alternatively, judgment limiting its liability pursuant to the foregoing, together with costs and disbursements.

Dated: New York, New York
      September 6, 2007

                        Yours, etc.,

                        CLYDE & CO US LLP

                        By: _____
                              Christopher Carlsen (CC 9628)
                        Attorneys for Defendant
                        FEDEX TRADE NETWORKS TRANSPORT
                        & BROKERAGE, INC.
                        405 Lexington Avenue
                        New York, New York 10174
                        Tel: (212) 710-3900
                        Fax: (212) 710-3950

TO:    BADIAK & WILL, LLP
         Attorneys for Defendants/Third-Party Defendants
         EXPEDITORS
         106 Third Street
         Mineola, New York 11501-4404
         (516) 877-2225
         Ref No. 07-T-002-RB

         LAW OFFICES OF DAVID L. MAZAROLI
         Attorneys for Plaintiff
         11 Park Place – Suite 1214
         New York, New York 10007
         Tel (212) 267-8480
         Fax (212) 732-7352
         File Nos. 6C-1364 and 7C-1489

CHICANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
Attorneys for HYUNDAI MERCHANT MARINE CO., LTD
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

COLLINS & FELDMAN
Illene J. Feldman, Esq.
Attorneys for BURLINGTON NORTHERN SANTA FE RAILROAD
20 Vesey Street, Suite 503
New York, New York 10007
(866) 434-4440

AIR FRANCE
125 W 55th Street
New York, New York 100196

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK  )

      Melissa Vorozilchak, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in New York, New York. That on September 6, 2007 deponent served the within **ANSWER OF FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE, INC. TO THIRD-PARTY COMPLAINT** upon:

BADIAK & WILL, LLP
Attorneys for Defendants/Third-Party
Defendants
EXPEDITORS
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225

CHICANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for HYUNDAI MERCHANT
MARINE CO., LTD
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

LAW OFFICES OF DAVID L. MAZAROLI
Attorneys for Plaintiff
11 Park Place – Suite 1214
New York, New York 10007
Tel (212) 267-8480

COLLINS & FELDMAN
Illene J. Feldman, Esq.
Attorneys for BURLINGTON NORTHERN
SANTA FE RAILROAD
20 Vesey Street, Suite 503
New York, New York 10007
(866) 434-4440

AIR FRANCE
125 W 55th Street
New York, New York 10019

The address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                        _____
                                        Melissa Vorozilchak

Sworn to before me this
6th day of September, 2007

_____
Notary Public

PATRICIA A. DONNELLY
Notary Public, State of New York
No. 01DO5087441
Qualified in New York County
Commission Expires Nov. 30, 2009