**MEMO ENDORSED**

LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07
```

October 17, 2007

TELEFAX: (212)805-7949

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

JOINT APPLICATION

Re:   Federal Insurance Company
      v. Expeditors International of Washington, Inc., et al.
      07 Civ. 3166 (PKC)
      Our Files: 6C-1364 & 7C-1489

Dear Judge Castel:

I represent the plaintiff in this action which involves two separate cargo claims. A settlement agreement has been reached as to the cargo claim set forth in Schedule A of the complaint ("Schedule A Claim"). A draft of a stipulation of partial dismissal is in circulation for the Schedule A Claim. As to the cargo claim set forth in Schedule B of the complaint the intention is to proceed with that claim against the Expeditors defendants and certain third party defendants. Counsel intend to continue efforts to resolve the Schedule B Claim. The stipulation will include a proposed provision allowing amendment of the complaint to add the underlying trucker as a party for the remaining claim. For this reason all counsel join in respectfully requesting a forty-five day adjournment of the October 19, 2007 court conference. The Court's attention is appreciated.

*[Handwritten endorsement: Conference adjourned from October 19 to December 7, 2007 at 11:00 a.m. SO ORDERED /s/ 10-17-07]*

Respectfully,

/s/ David L. Mazaroli
dlm@mazarolilaw.com

DLM/jcf

cc:   All counsel of record by e-mail as per annexed list