David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

-------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

FEDERAL INSURANCE COMPANY;                    :  ECF CASE

                                              :

            Plaintiff,                        :  07 Civ. 3166 (PKC)

                                              :

       - against -

                                              :  **STIPULATION & ORDER OF**
EXPEDITORS INTERNATIONAL OF                       **PARTIAL DISMISSAL**
WASHINGTON, INC.; EXPEDITORS                   :
INTERNATIONAL OCEAN; EXPEDITORS
INTERNATIONAL FRANCE SAS;                      :

            Defendant.                        :
-------------------------------------------------------------x
                                              :
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.; EXPEDITORS                   :
INTERNATIONAL OCEAN; EXPEDITORS
INTERNATIONAL FRANCE SAS;                      :

            Third-Party Plaintiffs,           :

       - against -                            :

HYUNDAI MERCHANT MARINE, LTD.;                :
BURLINGTON NORTHERN SANTA FE
RAILRAOD; AIR FRANCE AND FEDEX                :
TRADE NETWORKS TRANSPORT &
BROKERAGE, INC.;                              :

            Third-Party Defendants.           :
-------------------------------------------------------------x

1

07 Civ. 3166 (PKC)
Stipulation of Partial Dismissal
Page 2

WHEREAS, as to the cargo claim set forth in Schedule A of the Complaint
(hereinafter "Schedule A Claim") a settlement agreement has been reached between
plaintiff, the Expeditors defendants ("Expeditors"), and third-party defendants Hyundai
Merchant Marine Ltd. ("Hyundai"), and Burlington Northern Santa Fe Railroad
("BNSF");

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned
attorneys for the parties to this action that,

1.      The Schedule A Claim, and all cross-claims, counterclaims, and third-
party claims based on said claim, is hereby dismissed pursuant to Rule 41(a) (1) and (c)
Fed. R. Civ. P., with prejudice and without costs to any party as against any other party,
subject to reopening by letter application of plaintiff's counsel if settlement funds are not
received within sixty days of the date of this order;

2.      As to the cargo claim set forth in Schedule B of the Complaint ("Schedule
B Claim"), and the cross-claims and third-party claims based on said claim, this action
will proceed and continue forward against the Expeditors defendants and against third-
party defendants Air France and Fedex Trade Networks Transport & Brokerage, Inc.
("FedEx")

3.      As Hyundai and BNSF had no involvement with the transportation which
is the subject of the Schedule B Claim, said claim is dismissed pursuant to Rule 41(a)(1)
Fed. R. Civ. P. only as against Hyundai and BNSF.

07 Civ. 3166 (PKC)
Stipulation of Partial Dismissal
Page 3

4.    Upon consummation of the aforementioned settlement of the Schedule A
Claim, and receipt by plaintiff of all agreed settlement funds, reference to Hyundai and
BNSF will be omitted from the caption in any and all future pleadings;

5.    Plaintiff may file an amended complaint relating to the Schedule B Claim
to assert its direct claim against FedEx and against the underlying trucker which
transported the shipment which is the subject of said claim.

Dated:    New York, New York
          November 10, 2007

SO ORDERED:

Honorable Peter K. Castel
UNITED STATES DISTRICT JUDGE

LAW OFFICES,
DAVID L. MAZAROLI

David L. Mazaroli
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, New York 10007
Tel. (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File: 6C-1364

07 Civ. 3166 (PKC)
Stipulation of Partial Dismissal
Page 4

Badiak & Will, LLP
Attorneys for Defendants and Third Party Plaintiffs
EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.
EXPEDITORS INTERNATIONAL OCEAN
EXPEDITORS INTERNATIONAL FRANCE SAS

By: _____ p.e.a
James Krauzlis
106 Third Street
Mineola, New York 11501
Tel.: (516)877-2225

Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
Attorneys for Third-Party Defendant
HYUNDAI MERCHANT MARINE, LTD,

By: _____
Randolph H. Donatelli (RHD-5359)
61 Broadway, Suite 3000
New York, New York 10006
Tel: (212)344-7042

Collins & Feldman
Attorneys for Third-Party Defendant
BURLINGTON NORTHERN SANTA FE RAILRAOD

By: _____ p.e.a
Ilene J. Feldman (IF-1045)
325 Reef Road, Suite 105
Fairfield, CT 06825
Tel.: (203)254-2277

07 Civ. 3166 (PKC)
Stipulation of Partial Dismissal
Page 5

McDermott & Radzik, LLP
Attorneys for Third-Party Defendant
SOCIETE AIR FRANCE T/A AIR FRANCE

By: _William R. Connor, II_ p.e.a

William R. Connor, II (WC-4631)
Wall Street Plaza
88 Pine Street, 21st Floor
New York, New York 10005
Tel.: (212)376-6400

Clyde & Co US LLP
Attorneys for Third-Party Defendant
FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE, INC

By: _Christopher Carlsen_ p.e.a.

Christopher Carlsen (CC-9628)
405 Lexington Avenue
New York, New York 10174
Tel.: (212)710-3900.