UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: DAVID MAZAROLI - 128

---

FEDERAL INSURANCE COMPANY

Plaintiff(s)

- against -

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. ET AL

Defendant(s)

Index #: 07 CIV 3166 (PKC)

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 6C-1364 & 7C-1489

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 27, 2007 at 04:39 PM at

1-71 NORTH AVENUE EAST
ELIZABETH, NJ 07201

deponent served the within true copy of the AMENDED SUMMONS AND AMENDED COMPLAINT on NEW ENGLAND MOTOR FREIGHT, INC., the defendant/respondent therein named.

**CORPORATION** by delivering thereat a true copy of each to MR. BRIAN GOMM personally, deponent knew said corporation so served to be the corporation described in said AMENDED SUMMONS AND AMENDED COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK/GREY | 56 | 5'10 | 190 |

MAZAROLI
JAN 2 2008
LAW OFFICE

Sworn to me on: December 28, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DANIEL KNIGHT

Docket #: 529941