ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, GREENBERG, FORMATO & EINIGER, LLP
Attorneys for Defendant
New England Motor Freight, Inc.
Todd C. Rubenstein (TCR-8884)
1111 Marcus Avenue-Suite 107
Lake Success, New York 11042
516-328-2300

------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

FEDERAL INSURANCE COMPANY;                ECF CASE

            Plaintiff(s),

                                            F.R.C.P. 7.1
vs.                                        STATEMENT OF DEFENDANT

EXEPEDITORS INTERNATIONAL OF
WASHINGTON, INC.; EXPEDITORS             Case Number: 07-CV-3166 (PKC)
INTERANATIONAL OCEAN; EXPEDITORS
INTERNATIONAL FRANCE SAS; NEW
ENGLAND MOTOR FREIGHT, INC.; FED
EX TRADE NETWORKS TRANSPORT &
BROKERAGE, INC.

            Defendant(s).
------------------------------------------------------X
EXEPEDITORS INTERNATIONAL OF
WASHINGTON, INC.; EXPEDITORS
INTERNATIONAL OCEAN; EXPEDITORS
INTERNATIONAL FRANCE SAS,

            Third-Party Plaintiffs,

vs.

AIR FRANCE; FEDEX TRADE NETWORKS
TRANSPORT & BROKERAGE, INC.,

            Third-Party Defendants.
------------------------------------------------------X

Defendant, NEW ENGLAND MOTOR FREIGHT, INC., in compliance with Rule 7.1 of the Federal Rules of Civil Procedure states that NEW ENGLAND MOTOR FREIGHT, INC., is not a publicly traded corporation, has no publicly held corporation that owns 10% or more of its stock, and has no parent corporation.

>	ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
>	GREENBERG, FORMATO & EINIGER, LLP
>	Attorneys for Defendant
>	New England Motor Freight, Inc.
>
>	By: _____
>	Todd C. Rubenstein (TCR-8884)
>	1111 Marcus Avenue-Suite 107
>	Lake Success, New York 11042
>	516-328-2300

Dated: January 14, 2008

2