**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, GREENBERG, FORMATO & EINIGER, LLP**

*Attorneys at Law*

**MEMO ENDORSED**

1111 MARCUS AVENUE - SUITE 107
LAKE SUCCESS, NEW YORK 11042

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

MANHATTAN OFFICE:
630 3RD AVENUE
5TH FLOOR
NEW YORK, NY 10017
(212) 279-9200

TELEPHONE: (516) 328-2300
(516) 437-7575
FAX: (516) 328-6638
Fax Not For Legal Service
www.abramslaw.com

NEW JERSEY OFFICE:
75 RARITAN AVENUE
SUITE 225, BOX 5
HIGHLAND PARK, NJ 08904
(732) 828-4241

Todd C. Rubenstein, Esq.
Trubenstein@abramslaw.com
Direct Dial: 516-592-5859

January 14, 2008

*[Handwritten endorsement: Conference adjourned to January 22, 2008 at 10:00 a.m. SO ORDERED. [signature] USDJ 1-14-08]*

**Via Facsimile 212-805-7949**

The Honorable P. Kevin Castel, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Federal Insurance Company v. Expeditors International of Washington, Inc.; Expeditors International Ocean; Expeditors International France Sas; New England Motor Freight, Inc.; Fed Ex Trade Networks Transport & Brokerage, Inc., et al.
Case Number: 07-CV-3166 (PKC)

Dear Judge Castel:

We are the attorneys for defendant New England Motor Freight, Inc., in the above matter, who filed its answer, defenses and cross-claims today. It appears New England Motor Freight, Inc. was added as a party in December 2007 by Amended Complaint. We are forwarding to Chambers a courtesy copy of the aforementioned pleading under separate cover.

We are also in receipt of a January 14, 2008 letter from plaintiff's counsel addressed to our client indicating a conference is scheduled with Your Honor for January 18, 2008 at 11:30 am. It is respectfully requested, given the short notice and competing matters previously scheduled for that date, that the conference be rescheduled to January 22, 2008, January 28, 2008 or January 30, 2008. We are serving a copy of this letter on all counsel identified through the electronic case filing system.

Thank you for Your Honor's attention and consideration.

Respectfully yours,

Todd C. Rubenstein