ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, GREENBERG, FORMATO & EINIGER, LLP
Attorneys for Defendant
New England Motor Freight, Inc.
Todd C. Rubenstein (TCR-8884)
1111 Marcus Avenue-Suite 107
Lake Success, New York 11042
516-328-2300

-----------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
FEDERAL INSURANCE COMPANY;                ECF CASE

        Plaintiff(s),

vs.

EXEPEDITORS INTERNATIONAL OF
WASHINGTON, INC.; EXPEDITORS                Case Number: 07-CV-3166 (PKC)
INTERNATIONAL OCEAN; EXPEDITORS
INTERNATIONAL FRANCE SAS; NEW
ENGLAND MOTOR FREIGHT, INC.; FED
EX TRADE NETWORKS TRANSPORT &
BROKERAGE, INC.

        Defendant(s).
-----------------------------------------------------X
EXEPEDITORS INTERNATIONAL OF
WASHINGTON, INC.; EXPEDITORS
INTERNATIONAL OCEAN; EXPEDITORS        **ANSWER OF NEW ENGLAND**
INTERNATIONAL FRANCE SAS,                      **MOTOR FREIGHT TO CROSS-**
                                                                                     **CLAIMS OF FED-EX TRADE**
                                                                                     **NETWORKS TRANSPORT&**
       Third-Party Plaintiffs,          **BROKERAGE, INC.**

vs.

AIR FRANCE; FEDEX TRADE NETWORKS
TRANSPORT & BROKERAGE, INC.,

        Third-Party Defendants.
-----------------------------------------------------X

Defendant, **New England Motor Freight, Inc.,** as and for its Answer to the Cross-Claims asserted by Defendant FedEx Trade Networks Transport & Brokerage, Inc. in its Answer to Plaintiff's Amended Complaint (the "FedEx Answer"), through its attorneys, alleges upon information and belief, as follows:

1. Defendant, New England Motor Freight, Inc., denies the allegations against it set forth in paragraph "13" of FedEx's Answer.

2. Defendant, New England Motor Freight, Inc., denies the allegations against it set forth in paragraph "14" of FedEx's Answer, and refers all questions of law to this Honorable Court.

**WHEREFORE**, Defendant, New England Motor Freight, Inc. demands judgment dismissing Plaintiff's claims and all Cross-Claims asserted against it, or otherwise that New England Motor Freight, Inc. be granted judgment on its cross-claims, together with all costs and disbursements of this action, and all other relief this Court deems just and proper.

Dated: Lake Success, New York
       January 18, 2008

        ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
        GREENBERG, FORMATO & EINIGER, LLP
        Attorneys for Defendant
        New England Motor Freight, Inc.

        By: _____
            Todd C. Rubenstein (TCR-8884)
            1111 Marcus Avenue-Suite 107
            Lake Success, New York 11042
            516-328-2300

TO:   CLYDE & CO US LLP
       Christopher Carlsen, Esq.
       Attorneys for FedEx Trade Networks
       Transport & Brokerage, Inc.
       405 Lexington Avenue
       New York, NY 10174

David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place
Suite 1214
New York, New York 10007-2801
212-267-8480

Badiak & Will, LLP
Attorneys for Defendants/Third-Party Defendants
Expeditors
106 Third Street
Mineola, New York 11501
516-877-2225

McDermott & Radzik, LLP
William R. 'Connor, II, Esq.
Attorneys for Air France
Wall Street Plaza
88 Pine Street
21st Floor
New York, New York 10005
212-376-6400

All other parties via ECF

## CERTIFICATION

I hereby certify that the within Answer was served upon the following:

CLYDE & CO US LLP
Christopher Carlsen, Esq.
Attorneys for FedEx Trade Networks
Transport & Brokerage, Inc.
405 Lexington Avenue
New York, NY 10174

David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place
Suite 1214
New York, New York 10007-2801
212-267-8480

Badiak & Will, LLP
Attorneys for Defendants/Third-Party Defendants
Expeditors
106 Third Street
Mineola, New York 11501
516-877-2225

McDermott & Radzik, LLP
William R. 'Connor, II, Esq.
Attorneys for Air France
Wall Street Plaza
88 Pine Street
21st Floor
New York, New York 10005
212-376-6400

Todd C. Rubenstein (TCR-8884)

Dated: Lake Success, New York
       January 18, 2008