David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
*e-mail: dlm@mazarolilaw.com*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08
```

-------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                      :
FEDERAL INSURANCE COMPANY;
                                                      :
                         Plaintiff,                   :        07 Civ. 3166 (PKC)
                                                      :
             - against -                              :        **STIPULATION & ORDER**
                                                      :        **OF DISCONTINUANCE**
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC. *et al.*                             :
                                                      :
                     Defendants.                      :
                                                      :
-------------------------------------------------------x
                                                      :
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC., et al.                              :
                                                      :
             Third-Party Plaintiffs,                  :
                                                      :
             - against -                              :
AIR FRANCE; FEDEX TRADE NETWORKS
TRANSPORT & BROKERAGE, INC.;                          :
                                                      :
             Third-Party Defendants.
-------------------------------------------------------x

An agreement having been reached between plaintiff and defendants New
England Motor Freight, Inc. and FedEx Trade Networks Transportation and Brokerage
Inc. to recommend settlement, it is hereby stipulated and agreed that this action including
all cross-claims, third-party claims, and claims for indemnity, is discontinued as to all
parties pursuant to Rule 41 (a) (1) (ii) Federal Rules of Civil Procedure, with prejudice
but with each party to pay its own costs and attorney fees.

07 Civ. 3166 (PKC)
Stipulation & Order of Discontinuance
Page 2

     It is further stipulated and agreed that, if the settlement funds are not paid within

sixty (60) days of the entry of this order, this action will be restored to the active docket

of this Court upon letter application of plaintiff's counsel.

Dated: New York, New York
       February _____, 2007

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES,
DAVID L. MAZAROLI

_____
David L. Mazaroli (DM 3929)
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File No.: 7C-1489

Abrams, Fensterman, Fensterman
Eisman, Greenberg, Formato & Einiger, LLP
Attorneys for Defendant
NEW ENGLAND MOTOR FREIGHT, INC.

By:_____ p.t.a
   Todd C. Rubenstein (TCR-8884)
   1111 Marcus Avenue, Suite 107
   Lake Success, New York 11042
   Tel.: (516)328-2300

07 Civ. 3166 (PKC)
Stipulation & Order of Discontinuance
Page 3


Clyde & Co US LLP
Attorneys for Third-Party Defendant
FED EX TRADE NETWORKS TRANSPORT
& BROKERAGE, INC.

By: _____ p.e.a.
Christopher Carlsen (CC-9628)
405 Lexington Avenue
New York, New York 10174
Tel.: (212)710-3900

Badiak & Will, LLP
Attorneys for Defendants and Third-Party Plaintiffs
EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.
EXPEDITORS INTERNATIONAL OCEAN
EXPEDITORS INTERNATIONAL FRANCE SAS

By: _____ p.e.a.
James P. Krauzlis (JK-2005)
106 Third Street
Mineola, New York 11501
Tel: (516)877-2225

McDermott & Radzik, LLP
Attorneys for Third-Party Defendant AIR FRANCE

By: _____ p.e.a.
William R. Connor, II (WC-4631)
Wall Street Plaza, 88 Pine Street, 21st Floor
New York, New York 10005
Tel: (212)376-6400